UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:12-cv-375

| | |
|---|---|
| ALBERT CHARLES BURGESS, ) | |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on Petitioner's Motion for Reconsideration (Doc. No. 84). On January 20, 2015, the Court denied by written order Petitioner's Motion for Recusal. (*See* Doc. No. 81). Petitioner now asks the Court to reconsider that ruling, but provides no additional evidence or reasoning to support the motion. In fact, it appears that the motion simply rehashes the same contentions in his original motion for recusal, which the Court rejected in its order. Accordingly, and for the reasons stated in the Court's previous order (Doc. No. 81), the motion (Doc. No. 84) is **DENIED**.

The Clerk of Court is directed to send a copy of this order to Petitioner.

**SO ORDERED.**

Signed: February 6, 2015

Graham C. Mullen
United States District Judge

1